**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Matthew David AYERS, Defendant–
Appellant.**

**No. 14–15040
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 3, 2015.

Michael B. Billingsley, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

William Scott Brower, Brower Law Office, Birmingham, AL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, JULIE CARNES and FAY Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Matthew David Ayers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ayers's convictions and total sentence are **AFFIRMED.**